**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Fabian Burrell

Debtor

Chapter 13 No.   15-15441

Judge   Jack B. Schmetterer

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 22, 2018, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Suite 2600, Chicago, Illinois 60601 at 5:00 p.m. on February 22, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1536

**SERVICE LIST**

Fabian Burrell
17137 Kimbark Av
South Holland, IL 60473

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Fabian Burrell
PRO SE